UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESLEY JAMES MEAD,

    Plaintiff,

v.                                           Case No:   6:14-cv-874-Orl-36TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

### REPORT AND RECOMMENDATION[1]

Pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis. (Doc. 2). The Court has reviewed the motion and finds that Plaintiff is able to pay the costs of this action pursuant to 28 U.S.C. § 1915(a). Under 28 U.S.C. § 1915(a), a court may permit a plaintiff to commence a federal lawsuit without prepaying court fees if the litigant submits an affidavit of indigency and the court establishes his inability to pay. There is no monetary threshold or strict guideline for determining indigency. Rather, the Eleventh Circuit has opined that an affidavit supports a finding of pauperism if

> [I]t represents that the litigant, because of his poverty, is unable to pay for the court fees and costs, and to support and provide the necessities for himself and his dependents.

Martinez v. Kleaners, 364 F.3d 1305, 1307 (11th Cir. 2004) (citing Adkins v. E.I. Du Pont de Nemours & Co., 335 U.S. 331, 339 (1948)).

---

[1] Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

Here, the information disclosed in Plaintiff's motion shows that his stated assets exceed his reported expenses.  His affidavit demonstrates that he owns a 2014 Jeep Wrangler worth $37,000 and he has a monthly income of $ 4,704.00.  His monthly expenses total $4,487.77.  Plaintiff has attested that he has no dependents.  Upon consideration of the foregoing, I respectfully recommend that the Court find that Plaintiff has failed to meet his burden of showing that he does not have the means to pay the $400 filing fee associated with pursuing this action.  Accordingly, I respectfully recommend that Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) be **DENIED** and Plaintiff given **twenty-one (21) days from the entry of the district court's order** to pay the filing fee to the Clerk of Court.

**RESPECTFULLY RECOMMENDED** in Orlando, Florida on June 10, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record